CATHERINE CORTEZ MASTO
Attorney General
JANET E. TRAUT
Supervising Sr. Deputy Attorney General
Nevada Bar No. 8695
CAMERON P. VANDENBERG
Deputy Attorney General
Nevada Bar No. 4356
Bureau of Litigation
Personnel Division
5420 Kietzke Lane, Suite 202
Reno, NV  89511
Tel: 775-850-4107
Fax: 775-688-1822

*Attorneys for Defendants Peter Andersen,
Richard Harvey, Michael Dondero, Thomas Turk,
San Hicks, James Michael Rector, and
Holly Bullington*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEITH WESTENGARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PETER ANDERSEN, an individual,<br>RICHARD HARVEY, an individual<br>MICHAEL DONDERO, an individual<br>THOMAS TURK, an individual, SAM<br>HICKS, an individual, JAMES MICHAEL<br>RECTOR, an individual, HOLLY<br>BULLINGTON, an individual,<br><br>　　　　Defendants. | Case No.  3:10-cv-00466-RCJ-WGC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE <u>AND ORDER</u>** |

　　　　Plaintiff, Keith Westengard, by and through counsel, Jeffrey A. Dickerson, Esq., and Julie Cavanaugh-Bill, Esq., and Defendants, Peter Andersen, Richard Harvey, Michael Dondero, Thomas Turk, San Hicks, James Michael Rector, and Holly Bullington, by and through their attorneys, Catherine Cortez Masto, Attorney General of the State of Nevada, Janet E. Traut, Supervising Senior Deputy Attorney General, and Deputy Attorney General Cameron P. Vandenberg, stipulate and agree that the within action may be dismissed, with prejudice, each party to bear his or her own attorneys' fees and costs.  This dismissal is a

1

result of the settlement negotiations held before U.S. Magistrate Judge William G. Cobb on April 9, 2014, through which settlement has been achieved.

| | |
|---|---|
| DATED:  April 17, 2014 | DATED:  April 21, 2014 |
| CATHERINE CORTEZ MASTO<br>Attorney General | LAW OFFICES OF JEFFREY DICKERSON |
| By: *[signature: Janet E. Traut]*<br>JANET E. TRAUT<br>Senior Deputy Attorney General<br>Bureau of Litigation<br>Personnel Division | By: */s/ Jeffrey A. Dickerson*<br>JEFFREY A. DICKERSON<br>9585 Prototype Court, Suite A<br>Reno, NV<br>(775) 786-6664<br>*Attorney for Plaintiff* |
| DATED:  April 17, 2014 | DATED:  April 21, 2014 |
| | CAVANAUGH-BILL LAW OFFICE, LLC |
| By: *[signature: Cameron Vandenberg]*<br>CAMERON P. VANDENBERG<br>Deputy Attorney General<br>Bureau of Litigation<br>Personnel Division<br>*Attorneys for Defendants* | By: */s/ Julie A. Cavanaugh-Bill*<br>JULIE A. CAVANAUGH-BILL<br>401 Rail Road St., Suite 307<br>Elko, NV  89801<br>(775) 753-4357<br>*Attorney for Plaintiff* |

IT IS SO ORDERED.

DATED:  April 23, 2014

*[signature]*
JUDGE ROBERT C. JONES

J:\PERSONNEL\Traut\Opencases\Westengard\Pleadings\StipulationtoDismisscprejudice.doc